Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

Cheryl Dean Riley
1125 Chapline St.
PO Box 471
Wheeling, WV 26003

FILED
JAN 8 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| **Control Number:** 251146 | **Agent:** BRYANT CASS, REGISTERED AGENT |
| **Defendant:** SKYLINE METRICS, LLC<br>312 2ND STREET, SW<br>ROANOKE, VA 24011 US | **County:** Federal |
| | **Civil Action:** 5:19-CV-332 |
| | **Certified Number:** 92148901125134100002641181 |
| | **Service Date:** 1/3/2020 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State