IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,
Individually and on behalf of a class
of all persons and entities similarly situated;

        Plaintiffs,

v.                                            Civil Action No. 5:19-cv-332

ADVENTIS, INC., a
Former Virginia stock corporation;
ADVENTIS ACQUISITION, INC., its parent;
SKYLINE METRICS, LLC,
A Virginia limited liability company;
LONGWOOD INDUSTRIES, INC.,
A Virginia corporation;
BRYANT F. CASS, an individual, and
JOHN DOE DEFENDANTS,

        Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANTS BRYANT F. CASS; ADVENTIS, INC.; ADVENTIS ACQUISITION, INC.; AND SKYLINE METRICS, LLC; AND GRANTING EXTENSION OF TIME IN WHICH TO SERVE DEFENDANT LONGWOOD INDUSTRIES, INC.

The Court, having considered the above-captioned motion by Plaintiff and the accompanying Memorandum of Law, now GRANTS the relief requested in said Motion. The Court notes that defendants Adventis, Inc.; Adventis Acquisition, Inc.; and Skyline Metrics, LLC were all duly served by Plaintiff through personal service on January 3, 2020, and upon Mr. Cass on January 10, 2020, yet have failed to answer or appear within the time proscribed by the Rules. Accordingly, the Clerk is directed to enter default pursuant to Federal Rule of Civil Procedure 55(a) as to each of those defendants.

The Court further finds that Plaintiff's time to effect service upon Longwood Industries, Inc. should be extended for an additional 90 days from the date this Order is entered, for good cause shown and as permitted by Rule 4(m).

ENTER this __28th___ day of ___April_____, 2020.

_S/ JOHN PRESTON BAILEY
_____
Honorable John Preston Bailey
United States District Court Judge
Northern District of West Virginia