IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,
Individually and on behalf of a class
of all persons and entities similarly situated;

        Plaintiffs,

v.                                         Civil Action No. 5:19-cv-332

ADVENTIS, INC., a
Former Virginia stock corporation;
ADVENTIS ACQUISITION, INC., its parent;
SKYLINE METRICS, LLC,
A Virginia limited liability company;
LONGWOOD INDUSTRIES, INC.,
A Virginia corporation;
BRYANT F. CASS, an individual, and
JOHN DOE DEFENDANTS,

        Defendants.

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANTS BRYANT F. CASS; ADVENTIS, INC.; ADVENTIS ACQUISITION, INC.; AND SKYLINE METRICS, LLC

Under Federal Rule of Civil Procedure 55(b)(2) and for reasons articulated in the accompanying Memorandum of Law, Plaintiff Diana Mey seeks entry of default judgment as to defendants Bryant F. Cass; Adventis, Inc.; Adventis Acquisition, Inc.; and Skyline Metrics, LLC.

Plaintiff submits a proposed Order granting this relief.

Dated:  August 18, 2021                    Respectfully submitted,

                                                        Plaintiff,
                                                        By Counsel,

                                                   /s/ Benjamin J. Hogan
                                                  John W. Barrett (WV Bar No. 7289)

Jonathan R. Marshall (WV Bar No. 10580)
Sharon F. Iskra (WV Bar No. 6582)
Benjamin J. Hogan (WV Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
bhogan@baileyglasser.com

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**
**Individually and on behalf of a class**
**of all persons and entities similarly situated;**

        **Plaintiffs,**

v.                                              Civil Action No. 5:19-cv-332

**ADVENTIS, INC., a**
**Former Virginia stock corporation;**
**ADVENTIS ACQUISITION, INC., its parent;**
**SKYLINE METRICS, LLC,**
**A Virginia limited liability company;**
**LONGWOOD INDUSTRIES, INC.,**
**A Virginia corporation;**
**BRYANT F. CASS, an individual, and**
**JOHN DOE DEFENDANTS,**

        **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 18, 2021, a true and accurate copy of ***Plaintiff's Motion for Entry of Default Judgment as to Defendants Bryant F. Cass; Adventis, Inc.; Adventis Acquisition, Inc.; and Skyline Metrics, LLC*** was served upon parties by depositing the same in the United States mail, via certified mail, postage prepaid and sealed in an envelope, addressed as follows:

                                  Adventis Acquisition, Inc.
                                  Bryant Cass, Registered Agent
                                  6663 Cotton Hill Road
                                  Roanoke, VA 24018

                                  Adventis, Inc.
                                  312 2nd Street
                                  Roanoke, VA 24011

                                  Skyline Metrics, LLC
                                  Bryant Cass, Registered Agent
                                  312 2nd Street
                                  Roanoke, VA 24011

        Longwood Industries, Inc
        Jeffrey D. Witt, Registered Agent
        1617 Longwood Avenue
        Bedford, VA 24523

        Bryant Cass
        6663 Cotton Hill Road
        Roanoke, VA 24018

        _____
        Benjamin J. Hogan, Esq. (WV Bar # 12997)