AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| DIANA MEY, Individiually and on behalf of a class of all persons and entities similarly situated,<br>*Plaintiff*<br>v.<br>ADVENTIS, INC., a Former Virginia stock corporation, ADVENTIS ACQUISITION, INC., its parent, SKYLINE METRICS, LLC, a Virginia limited liability company, LONGWOOD INDUSTRIES, INC., a Virginia corporation, BRYANT F. CASS, an individual, and JOHN DOE DEFENDANTS,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  5:19-cv-332 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other: Plaintiff's Motion for Entry of Default Judgment as to Defendants Bryant F. Cass; Adventis, Inc.; Adventis Acquisition, Inc.; and Skyline Metrics, LLC, should be, and the same hereby is GRANTED.
Default judgment is entered in the amount of $4,500.00 jointly and severally against Bryant F. Cass; Adventis, Inc.; Adventis Acquisition, Inc.; and Skyline Metrics, LLC. Additionally, this Court ORDERS defendants Bryant F. Cass; Adventis, Inc.; Adventis Acquisition, Inc.; and Skyline Metrics, LLC from engaging in or relying upon telemarketing that violates the TCPA and the WVCCPA.
As a final matter, defendants Bryant F. Cass; Adventis, Inc.; Adventis Acquisition, Inc.; and Skyline Metrics, LLC are hereby ORDERED STRICKEN from the active docket of this Court.

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:   08/25/2021                                    *CLERK OF COURT*

                                                                /s/ A. Greenidge
                                                    *Signature of Clerk or Deputy Clerk*