**CERTIFIED MAIL®**

NORTHERN DISTRICT OF WEST VIRGINIA
**CLERK, UNITED STATES DISTRICT COURT**
P.O. BOX 471
WHEELING, WEST VIRGINIA 26003-0060

OFFICIAL BUSINESS

PITTSBURGH PA 150
25 AUG 2021 PM 3 L

'50 0002 2647 6564

UNITED STATES POSTAGE
PITNEY BOWES
02 1P                    **$ 007.16⁰**
0000835876        AUG 25 2021
MAILED FROM ZIP CODE 26003

0009/01/21

NIXIE   274   FE 1
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
*1143-04873-25-44*

BC: 26003096071

**FILED**

SEP 7 2021

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**Skyline Metrics, LLC**
Bryant Cass, Registered Agent
312 2nd Street
Roanoke, VA 24011
5:19-cv-332; Docs. 21 & 22

24011-151302