**CERTIFIED MAIL**

NORTHERN DISTRICT OF WEST VIRGINIA
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 471
WHEELING, WEST VIRGINIA 26003-0060

OFFICIAL BUSINESS

7450 0002 2647 6557



02 1P     $ 007.16⁰
0000835876   AUG 25 2021
MAILED FROM ZIP CODE 26003

FILED

SEP 7 2021

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

NIXIE
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Adventis, Inc.
312 2nd Street
Roanoke, VA 24011
5:19-cv-332; Docs. 21 & 22