IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** Individually and on behalf
of a class of all persons and entities
similarly situated,

        Plaintiff,

v.                      **CIVIL ACTION NO. 5:19-CV-332**
                        Judge Bailey

**LONGWOOD INDUSTRIES, INC.,**
a Virginia corporation, and
**JOHN DOE DEFENDANTS,**

        Defendants.

## ORDER

On December 14, 2021, plaintiff filed a Notice of Voluntary Dismissal [Doc. 27]. Therein, under Federal Rule of Civil Procedure 41(a)(1), plaintiff voluntarily dismisses her claims against defendant Longwood Industries and John Doe Defendants without prejudice because plaintiff has been unable to locate and serve Longwood Industries and, as a result of all the defendants' failures to appear and defend this action, plaintiff has not identified any of the John Doe Defendants.

Upon consideration, this Court hereby **DISMISSES WITHOUT PREJUDICE** defendant Longwood Industries, Inc. and John Doe Defendants.  Thus, this case is hereby **DISMISSED** and the Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.  The parties are responsible for their own fees and costs incurred in relation to this action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 15, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE