James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
Jamie@finalverdictsolutions.com

FILED

MAY 4 2022

U.S. DISTRICT COURT-WVND
WHEELING. WV 26003

Assignee of Record

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## WHEELING DIVISION

| | |
|---|---|
| DIANA MEY<br><br>　　　　　　　Plaintiff<br>　v.<br>ADVENTIS, INC., a Former Virginia stock corporation, ADVENTIS ACQUISITION, INC., its parent, SKYLINE METRICS, LLC, a Virginia limited liability company, LONGWOOD INDUSTRIES, INC., a Virginia corporation, BRYANT F. CASS, an individual, and JOHN DOE DEFENDANTS<br><br>　　　　　　　Defendants | Civil Action No. 5:19-cv-00332-JPB |

### ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT:

COMES NOW DIANA MEY, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered to this Court on August 25, 2021.

2) THAT Plaintiff was awarded the total amount of $4,500.00 against Defendants Bryant F. Cass, Adventis, Inc., Adventis Acquisition, Inc., and Skyline Metrics, LLC, jointly and severally.

3) THAT there have been no renewals since the entry of said judgment and that Plaintiff has received $0.00 of judgment from judgment debtors.

1

4) DIANA MEY, whose address is 14 Applewood Dr, Wheeling, WV 26003, is the judgment creditor of record.

5) THAT the last address of record for BRYANT F. CASS, judgment debtor, is 6663 Cotton Hill Rd, Roanoke, VA 24018.

6) THAT the last address of record for ADVENTIS ACQUISITION, INC., judgment debtor, is 6663 Cotton Hill Rd, Roanoke, VA 24018.

7) THAT the last address of record for ADVENTIS, INC., judgment debtor, is 312 2nd Street, SW, Roanoke, VA 24011.

8) THAT the last address of record for SKYLINE METRICS, LLC, judgment debtor, is 312 2nd Street, SW, Roanoke, VA 24011.

9) THAT I, DIANA MEY, judgment creditor, hereby irrevocably transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

10) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

11) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

12) James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the holder and owner of the Judgment.

Signed this 4th day of May, 2022.

_____
DIANA MEY
Judgment Creditor

Sworn and Subscribed to me this 4th day of May, 2022.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LAURA J MOLNAR
WesBanco Bank
1 Bank Plaza
Wheeling, West Virginia 26003
My Commission Expires Dec. 29, 2023

(Notary Seal)

_____
Notary Signature